IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN, ) | |
| ) | 2:08-cv-1375-GEB-JFM |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| TERA SAHARA, INC., a California ) corporation d/b/a Vagabond Inn, ) | |
| ) | |
| Defendant. ) | |

On January 14, 2009, Plaintiff filed an ex parte Application for a status conference.  However, in light of the nature of the dispute discussed in the Application, it is denied.

IT IS SO ORDERED.

Dated: January 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1